**DISMISS; and Opinion Filed June 17, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00083-CV

### BEVER PROPERTIES, LLC, AND JESSE M. TAYLOR, D.D.S., P.A., Appellants

### V.

### PLANO PARKWAY OFFICE CONDOMINIUMS, A/K/A PLANO PARKWAY OFFICE OWNERS ASSOCIATIONS, AND DR. JOJO CHEUNG, D.D.S., Appellees

On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-04855-2013

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

By unopposed motion filed June 5, 2014, appellants move to dismiss the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/
DAVID LEWIS
JUSTICE

140083F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BEVER PROPERTIES, LLC, AND JESSE
M. TAYLOR, D.D.S., P.A., Appellants

No. 05-14-00083-CV          V.

PLANO PARKWAY OFFICE
CONDOMINIUMS, A/K/A PLANO
PARKWAY OFFICE OWNERS
ASSOCIATION AND DR. JOJO CHEUNG,
D.D.S., Appellees

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-04855-2013.
Opinion delivered by Justice Lewis.
Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Plano Parkway Office Condominiums, a/k/a Plano Parkway Office Owners Association and Dr. JoJo Cheung, D.D.S. recover their costs, if any, of this appeal from appellants Bever Properties, LLC and Jesse M. Taylor, D.D.S., P.A.

Judgment entered this 17th day of June, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE